JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN B. MOORE, | Case No. 2:24-cv-01508-SB-AJR |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| NATIONSTAR et al., | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered this day, Plaintiff Gwendolyn B. Moore's claims are dismissed without prejudice.

This is a final judgment.

Date: July 2, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1